AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ State and _____   **DISTRICT OF** _____ New Mexico _____

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR - 8 2005
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA
V.
JASON P. MILLER
DOB: 04/04/1972

**CRIMINAL COMPLAINT**
**CASE NUMBER:** 05M219

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __04/07/2005__ in __Bernalillo__ county, in the state and _____ District of __New Mexico__ defendant(s) did, (track statutory Language of Offense)

By force, violence and intimidation take from the person or presence of another money in the care, custody, control, management and possession of the Compass Bank, 12001 Sierra Grande, Northeast, Albuquerque, NM, which is a federally insured institution.

in violation of Title __18__ United States Code, Section(s) __2113(a)(d)__

I further state that I am a __Special Agent, FBI__ and that this complaint is based on the following
Official Title

facts: See attached Affidavit.

Continued on the attached sheet and made a part hereof:   [x] YES   [ ] No

_____
Signature of Complainant
JOHN A. PIERSON
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

April 8, 2005                                                             at   Albuquerque, New Mexico
Date                                                                                 City and State
**Richard L. Puglisi   U.S. Magistrate Judge**
Name & Title of Judicial Officer                                    Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA )
)
vs. )
)
JASON P. MILLER )
DOB 04/04/1972 )
)

## AFFIDAVIT

The undersigned being duly sworn, deposes and says:

1) I, JOHN A. PIERSON, am a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Albuquerque Division. The information set forth is known to me as a result of my own investigation or has been communicated to me by other law enforcement officers:

2) This affidavit is being made in support of a complaint against JASON P. MILLER, born 04/04/1972, for the robbery of the Compass Bank, 12001 Sierra Grande, NE, Albuquerque, New Mexico, on 04/07/2005. The Compass Bank is a bank within the meaning of Title 18, United States Code 2113(f) and is insured by the Federal Deposit Insurance Corporation, #19048-9.

3) The morning of 04/07/2005, a man later identified as JASON P. MILLER entered the front doors of the Compass Bank, 12001 Sierra Grande, NE, Albuquerque, New Mexico, wearing a dark mask, a dark long-sleeved jacket with a zipper, dark jeans, dark boots and dark gloves. JASON P.

MILLER was carrying a shotgun and a white plastic grocery bag. While brandishing the shotgun JASON P. MILLER ordered the bank employees not to touch any alarm and gave the white plastic bag to the teller. The teller removed United States currency, including several bait bills, from the teller drawer and placed the currency in the plastic bag. JASON P. MILLER than took the bag containing $2,726.00 in United States currency, ran from the bank and was last seen driving away from the scene in a white car with tinted windows.

    4) Within one-half-hour an anonymous source led officers of the Albuquerque Police Department (APD) to a white Geo Prism, New Mexico license plate GLC-586. APD officers observed JASON P. MILLER driving the Geo Prism. JASON P. MILLER was pulled over and taken into custody by APD officers just west of the intersection of Tramway and Indian School in Albuquerque, New Mexico.

    5) FBI Special Agent(SA) John A. Pierson and SA Douglas A. Klein responded to the scene and obtained a written consent from JASON P. MILLER to search his white Geo Prism, New Mexico license plate GLC-586. The vehicle was searched and a dark blue fleece pullover jacket with a zipper in front, one black glove and one brown glove, a pair of dark jeans, a Remington 870 Magnum 12 gauge shotgun loaded with one slug shell and one shot shell, and $2,730.00 in United States currency, including seven bait bills, located inside a white plastic grocery bag were recovered.

    6) JASON P. MILLER was then transported to the Albuquerque office of the FBI. JASON P. MILLER was advised

if his Constitutional rights, signed a waiver of his rights, and provided the following information. Several weeks prior JASON P. MILLER had obtained a 12 gauge pump shotgun that he believed to have been stolen. The morning of 04/07/2005, JASON P. MILLER had trouble sleeping due to a lack of money. After getting up, JASON P. MILLER took the shotgun, dark clothing and a mask that he had fashioned out of a child's Halloween costume and left his house in his white Geo Prism. JASON P. MILLER originally intended to rob a Wells Fargo bank branch, however, then changed his mind and drove to the Compass Bank, 12001 Sierra Grande, NE, Albuquerque, New Mexico. JASON P. MILLER parked the white Geo Prism behind the bank and ran inside carrying the shotgun in his right hand. He instructed the bank employees to not press any alarms and had the teller place money in a plastic grocery bag that he provided. JASON P. MILLER took the bag of money and then fled the bank. JASON P. MILLER drove through a neighborhood east of the bank and stopped to remove the dark clothes that he was wearing. JASON P. MILLER placed the shotgun and the dark clothes inside the Geo Prism. JASON P. MILLER then continued driving and was taken into custody by the police a short while later.